UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 09-CR-20138-PCH

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

GONZALO NODARSE,
        Defendant.

_____/

## ORDER DENYING DEFENDANT'S SEALED UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS MATTER came before the Court by virtue of the Defendant's Sealed Unopposed Motion to Continue Sentencing filed on May 26, 2009. After careful review of the Defendant's Motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant Sealed Unopposed Motion to Continue Sentencing is denied. This multiple-defendant case was set for hearing on June 5, 2009 so that the four defendants could be sentenced at the same time. At the sentencing hearing, Defendant may ask for a continuance of his surrender date; thereafter, the U.S. Government, if applicable, may file a Rule 35(b) motion.

DONE AND ORDERED in chambers in Miami, Florida this 29 day of May 29, 2009.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record